```
1  ROBERT C. SCHUBERT (S.B.N. 62684)
   rschubert@schubertlawfirm.com
2  MIRANDA P. KOLBE (S.B.N. 214392)
   mkolbe@schubertlawfirm.com
3  DUSTIN L. SCHUBERT (S.B.N. 254876)
   dschubert@schubertlawfirm.com
4  NOAH M. SCHUBERT, S.B.N. 278696
   nschubert@schubertlawfirm.com
5  SCHUBERT JONCKHEER & KOLBE LLP
   Three Embarcadero Center, Suite 1650
6  San Francisco, California 94111
   Telephone: (415) 788-4220
7
8  Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUISE LOMBARDO, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TPG CAPITAL, L.P.,<br>Defendant. | No. C 13-01480 LB<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL**<br>ORDER<br><br>Judge:        Mag. Judge Laurel Beeler<br>Trial Date:   To be determined |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN THAT, subject to approval by the court, Louise Lombardo, 18 Filbert Street, Forty Fort PA 18704, Email: loulisworld@gmail.com, hereby substitutes herself as counsel of record in place of Robert C. Schubert, Miranda P. Kolbe, Dustin Lamm Schubert and Noah M. Schubert of Schubert Jonckheer & Kolbe LLP (Schubert Jonckheer & Kolbe) as counsel of record in this matter.

I ACCEPT THIS SUBSTITUTION.

Date: June 5, 2013

_/s/ Louise Lombardo_

NOTICE OF SUBSTITUTION OF COUNSEL – PAGE 1

1  I ACCEPT THIS SUBSTITUTION.

2  Date: June 5, 2013

                                           Miranda P. Kolbe
                                           SCHUBERT JONCKHEER & KOLBE LLP
                                           3 Embarcadero Center, Suite 1650
                                           San Francisco, CA  94111

The substitution of attorney is hereby approved and is so ORDERED.

Ms. Lombardo to file an acknowledgment that she will accept service of process personally (as opposed to having prior counsel be served) as required by Civil Local Rule 11-5(b).

Date: June 11, 2013

                                           United States District Court Judge