```
1  ROBERT C. SCHUBERT (S.B.N. 62684)
   rschubert@schubertlawfirm.com
2  MIRANDA P. KOLBE (S.B.N. 214392)
   mkolbe@schubertlawfirm.com
3  DUSTIN L. SCHUBERT (S.B.N. 254876)
   dschubert@schubertlawfirm.com
4  NOAH M. SCHUBERT, S.B.N. 278696
   nschubert@schubertlawfirm.com
5  SCHUBERT JONCKHEER & KOLBE LLP
   Three Embarcadero Center, Suite 1650
6  San Francisco, California 94111
   Telephone: (415) 788-4220
7
8  Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUISE LOMBARDO, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TPG CAPITAL, L.P.,<br>Defendant. | No. C 13-01480 LB<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL**<br>ORDER<br><br>Judge:       Mag. Judge Laurel Beeler<br>Trial Date:  To be determined |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN THAT, subject to approval by the court, Louise Lombardo, 18 Filbert Street, Forty Fort PA 18704, Email: loulisworld@gmail.com, hereby substitutes herself as counsel of record in place of Robert C. Schubert, Miranda P. Kolbe, Dustin Lamm Schubert and Noah M. Schubert of Schubert Jonckheer & Kolbe LLP (Schubert Jonckheer & Kolbe) as counsel of record in this matter.

I ACCEPT THIS SUBSTITUTION.

Date: June 5, 2013

*/s/ Louise Lombardo*

NOTICE OF SUBSTITUTION OF COUNSEL – PAGE 1

I ACCEPT THIS SUBSTITUTION.

Date: June 5, 2013

_____
Miranda P. Kolbe
SCHUBERT JONCKHEER & KOLBE LLP
3 Embarcadero Center, Suite 1650
San Francisco, CA 94111

The substitution of attorney is hereby approved and is so ORDERED.

```
Ms. Lombardo to file an acknowledgment that she will accept service of process
personally (as opposed to having prior counsel be served) as required by
Civil Local Rule 11-5(b).
```

Date: June 11, 2013

_____
United States District Court Judge